FILED

2007 JUL 26 AM 11:23

COURT FLORIDA IDA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANA ARMENGOL,

Plaintiff,

vs.

HOME DEPOT U.S.A., INC., d/b/a THE HOME DEPOT, a foreign corporation, CHRISTINE M. UMTHUN, in her individual capacity and in her corporate capacity, MARK FOSTER, in his individual capacity and in his corporate capacity, and SALLY BUFFKIN, in her individual capacity and in her corporate capacity,

Defendants.

**JURY TRIAL DEMANDED**

CASE NO. 6:07CV1216-28DAB

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendants, Home Depot U.S.A., Inc., d/b/a The Home Depot ("Home Depot"), Christine Umthun, Mark Foster, and Sally Buffkin (collectively referred to as "Defendants"), hereby remove the civil action, CI 07-OC-1633, from the Circuit Court, Ninth Judicial Circuit, Osceola County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division. The removal of this civil action is proper because:

1. All Defendants were named as parties in this civil action filed in the Circuit Court, Ninth Judicial Circuit, Osceola County, Florida, on or about April 26, 2007, titled *Ana Armengol v. Home Depot U.S.A., Inc., d/b/a The Home Depot, Christine Umthun, Mark Foster, and Sally Buffkin*, Case No. CI 07-OC-1633 (hereinafter, "the State Court Action").

2. On June 22, 2007, Plaintiff filed an Amended Complaint.

3. Defendant Home Depot's registered agent received a copy of the Amended Complaint and a request for waiver of service pursuant to Fla. R. Civ. P. 1.070(i) on June 28, 2007.

4. No other Defendant received notice of the action prior to June 28, 2007.

5. This removal notice is therefore timely as it is filed within thirty (30) days after any Defendant's receipt of the Amended Complaint and request for waiver of service. *See* 28 U.S.C. § 1446(b).

6. Defendants Home Depot, Umthun and Foster, through counsel, waived service on July 18, 2007. Defendant Buffkin, through counsel, waived service on July 24, 2007.

7. All Defendants join in this removal notice.

8. Counts II and IV of the Amended Complaint allege violations of Title VII of the Civil Rights Act of 1964, and Count VI alleges a violation of 42 U.S.C. § 1981. Because Plaintiff is asserting claims under federal statutes, this action is within the Court's original federal question jurisdiction pursuant to 28 U.S.C. § 1331. The remaining claims (Counts I, III, V and VII) are within the Court's supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

9. Attached hereto as Exhibit 1, and incorporated by reference as part of the Notice of Removal, are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

10. A copy of this Notice of Removal is being served upon Plaintiff and filed concurrently with the Clerk of the Circuit Court, Ninth Judicial Circuit, Osceola County, Florida.

WHEREFORE, Defendants hereby remove to this Court the State Court Action.

Respectfully submitted,

FORD & HARRISON LLP

By:________________________________

Dinita L. James
Florida Bar No. 858315
djames@fordharrison.com
Tammie L. Rattray
Florida Bar No. 0128619
trattray@fordharrison.com
Desirée Demonbreun
Florida Bar No. 0645303
ddemonbreun@fordharrison.com

For the firm

101 East Kennedy Boulevard
Suite 900
Tampa, Florida 33602-5133
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by U.S. First Class Mail this 25th day of July, 2007 upon:

Bernard H. Dempsey, Jr.
Nancy A. Johnson
DEMPSEY & ASSOCIATES, P.A.
1560 Orange Avenue, Suite 200
Winter Park, FL 32789

________________________
Attorney

TAMPA:231734.1