# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANA ARMENGOL,**

**Plaintiff,**

**-vs-** **Case No. 6:07-cv-1216-Orl-28DAB**

**HOME DEPOT U.S.A, INC., CHRISTINE M. UMTHUN, MARK FOSTER, SALLY BUFFKIN,**

**Defendants.**

---

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation of Dismissal (Doc. No. 30), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, with each party to bear its own fees and costs. All pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 4th day of December, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party